**Order filed December 10, 2019.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-19-00232-CR

————————

**JOHN  EVERETT  JASEK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Cause No. 2016R-0093**

---

## ORDER

The reporter's record in this case was filed August 12, 2019. The State has filed a motion seeking a reporter's record of a hearing on a motion to suppress that occurred January 8, 2019.  *See* Tex. R. App. P. 34.6(d). Appellant then filed a motion to file an amended brief which indicates the record before this court does not include a transcript from a hearing on a motion to suppress the stop and arrest.

Accordingly, we order Vicki L. Brown, the official court reporter, to file a reporter's record of the January 8, 2019, motion-to-suppress hearing by **December 20, 2019**.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.